# Exhibit A-1

**First UCC**

#25. FNT GF 212992-34 NG

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing.

**00-528215**
06/23/2000   8:00 AM
**Texas Secretary of State**
FILED

*00-528215*

A. NAME & TEL. # OF CONTACT AT FILER (optional)
B. FILING OFFICE ACCT. # (optional)

C. RETURN COPY TO: (Name and Mailing Address)
LEXIS DOCUMENT SERVICES INC
PO BOX 2969
SPRINGFIELD, IL 62708

D. OPTIONAL DESIGNATION (if applicable): ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

A/A
TX-Dallas County SoS

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)

1a. ENTITY'S NAME: Christian Care Centers, Inc.

1c. MAILING ADDRESS: 1000 Wiggins Road | CITY: MESQUITE | STATE: TX | COUNTRY: USA | POSTAL CODE: 75150

1d. S.S. OR TAX I.D.#: 75-0859664 | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)

[blank]

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME - insert only one secured party name (3a or 3b)

3a. ENTITY'S NAME: Chase Bank of Texas, National Association, as trustee

3c. MAILING ADDRESS: 600 Travis, Suite 1150 | CITY: Houston | STATE: TX | COUNTRY: USA | POSTAL CODE: 77002

4. This FINANCING STATEMENT covers the following types or items of property:

All of Debtor's now owned or existing and hereafter acquired or arising accounts, machinery, equipment, fixtures, inventory, goods, chattel paper, investment property, general intangibles, instruments and documents, together with all accessions to, substitutions for and replacements, products and proceeds of all of the foregoing, as more particularly described on Exhibit B attached hereto and by this reference incorporated herein, located on the real estate described on Exhibit A attached hereto.

6. REQUIRED SIGNATURE(S)
Christian Care Centers, Inc., a Texas non-profit corporation
By: [signature]

(FORM UCC1) (TRANS) (REV 12/18/95)   LEXIS Document Services

DEBTOR:

Christian Care Centers, Inc.
1000 Wiggins Road
Mesquite, Texas 75150

SECURED PARTY:

LaSalle Bank National Association
135 South LaSalle Street, Suite 1150
Chicago, Illinois 60603

## EXHIBIT A

## LEGAL DESCRIPTION

GF No.: 212992-D-0034

## EXHIBIT "A"

BEING a tract of land situated in the T. Thomas Survey, Abstract No.. 1461, in the City of Mesquite, Dallas County, Texas, and being a part of Christian Care Center Block A, Lot 1R, a Replat of Block A, Lots 1 and 2, Block B, Lot 1, Block C, Lot 1, an addition to the City of Mesquite, Dallas County, Texas, according to the Plat thereof recorded in Volume 93221, Page 3387, Deed Records, Dallas County, Texas, and being more particularly described by metes and bounds as follows:

COMMENCING at a 1/2 inch iron rod set (capped "JDJR") for corner at the intersection of the Northwest line of Interstate Highway No. 30 (having a 380 foot right-of-way) and the Northeast line of Northwest Drive (having a 100 foot right-of-way, 50.0 feet from centerline), same point being the most Southerly corner of the above mentioned Christian Care Center Block A, Lot 1R, Addition;

THENCE North 30 degrees 35 minutes 00 seconds West, along said Northeast line of Northwest Drive, for a distance of 152.50 feet to the POINT OF BEGINNING;

THENCE North 30 degrees 35 minutes 00 seconds West, continuing along said Northeast line of Northwest Drive, for a distance of 68.80 feet to a point for corner;

THENCE North 59 degrees 25 minutes 00 seconds East, for a distance of 105.13 feet to a point for corner;

THENCE North 25 degrees 38 minutes 11 seconds West, for a distance of 148.31 feet to a point for corner;

THENCE North 45 degrees 38 minutes 11 seconds West, for a distance of 109.10 feet to a point for corner;

THENCE North 25 degrees 38 minutes 11 seconds West, for a distance of 175.58 feet to a point for corner;

THENCE North 64 degrees 15 minutes 00 seconds East, for a distance of 326.00 feet to a point for corner;

THENCE South 25 degrees 38 minutes 11 seconds East, for a distance of 194.87 feet to a point for corner;

THENCE South 83 degrees 16 minutes 11 seconds East, for a distance of 75.17 feet to a point for corner;

THENCE South 25 degrees 38 minutes 11 seconds East, for a distance of 58.49 feet to a point for corner;

THENCE South 64 degrees 21 minutes 49 seconds West, for a distance of 15.00 feet to a point for corner;

THENCE South 25 degrees 38 minutes 11 seconds East, for a distance of 72.58 feet to a point for corner;

THENCE North 64 degrees 21 minutes 49 seconds East, for a distance of 110.42 feet to a point for corner;

THENCE South 25 degrees 38 minutes 11 seconds East, for a distance of 94.71 feet to a point for corner;

THENCE North 64 degrees 25 minutes 28 seconds East, for a distance of 269.99 feet to a point for corner;

THENCE North 09 degrees 19 minutes 09 seconds East, for a distance of 42.81 feet to a point

GF No.: 212992-D-0034

for corner;

THENCE North 64 degrees 15 minutes 00 seconds East, for a distance of 18.33 feet to a point for corner in the Easterly line of said Christian Care Center Block A, Lot 1R;

THENCE South 25 degrees 45 minutes 00 seconds East, along the said Easterly line of Christian Care Center Block A, Lot 1R, a distance of 99.63 feet to a point for corner;

THENCE South 34 degrees 15 minutes 00 seconds West, for a distance of 45.36 feet to a point for corner, same point being the beginning of a curve to the right, having a central angle of 28 degrees 36 minutes 06 seconds, a radius of 229.50 feet, a tangent of 58.50 feet and a chord that bears South 48 degrees 33 minutes 03 seconds West, 113.38 feet;

THENCE along the last mentioned curve to the right, for an arc distance of 114.56 feet to a point for corner, same point being the beginning of a curve to the left, having a central angle of 01 degree 44 minutes 37 seconds, a radius of 11,811.93 feet, a tangent of 179.73 feet and a chord that bears South 61 degrees 58 minutes 48 seconds West, 359.42 feet;

THENCE along the last mentioned curve to the left, for an arc distance of 359.43 feet to a point for corner, same point being the beginning of a curve to the right, having a central angle of 51 degrees 01 minute 48 seconds, a radius of 179.50 feet, a tangent of 85.67 feet and a chord that bears South 86 degrees 37 minutes 23 seconds West, 154.64 feet;

THENCE along the last mentioned curve to the right, for an arc distance of 159.87 feet to a point for corner, same point being the beginning of a curve to the left, having a central angle of 22 degrees 07 minutes 17 seconds, a radius of 220.50 feet, a tangent of 43.10 feet and a chord that bears North 78 degrees 55 minutes 21 seconds West, 84.61 feet;

THENCE along the last mentioned curve to the left, for an arc distance of 85.13 feet to a point for corner;

THENCE South 00 degrees 01 minute 00 seconds West, for a distance of 38.00 feet to a point for corner, same point being the beginning of a non-tangent curve to the left, having a central angle of 30 degrees 36 minutes 00 seconds, a radius of 182.50 feet, a tangent of 49.93 feet and a chord that bears South 74 degrees 43 minutes 00 seconds West, 96.31 feet;

THENCE along the last mentioned curve to the left, for an arc distance of 97.47 feet to a point for corner;

THENCE South 59 degrees 25 minutes 00 seconds West, for a distance of 30.00 feet to the POINT OF BEGINNING.

CONTAINING a computed area of 254,907 square feet or 5.8519 acres of land, more or less.

NOTE: THE COMPANY DOES NOT REPRESENT THAT THE ACREAGE AND/OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.

DEBTOR:                                  SECURED PARTY:

Christian Care Centers, Inc.             LaSalle Bank National Association
1000 Wiggins Road                        135 South LaSalle Street, Suite 1150
Mesquite, Texas 75150                    Chicago, Illinois 60603

## EXHIBIT B

All improvements now or hereafter attached to or placed, erected, constructed or developed on the Land (the "**Improvements**");

All equipment, fixtures, machinery, furnishings, inventory, goods and articles of personal property (the "**Personal Property**") now or hereafter attached to or used in or about the Improvements or which are necessary or useful for the complete and comfortable use and occupancy of the Improvements for the purposes for which they were or are to be attached, placed, erected, constructed or developed, or which Personal Property is or may be used in or related to the planning, development, financing or operation of the Improvements, and all renewals of or replacements or substitutions for any of the foregoing whether or not the same are or shall be attached to the Land or Improvements;

All water and water rights, timber, crops, and mineral interests pertaining to the Land;

All building materials and equipment now or hereafter delivered to and intended to be installed in or on the Land or the Improvements;

All plans and specifications for the Improvements;

All Grantor's rights (but not its obligations) under any contracts relating to the Land, the Improvements or the Personal Property including, without limitation, any management agreements relating to the operations of the Improvements;

All deposits (including tenant's security deposits), bank accounts, funds, instruments, notes, chattel paper or accounts receivable arising from the use, occupancy, operation, sale, lease or other disposition of the Land, the Improvements or the Personal Property;

All Grantor's rights (but not its obligations) under any documents, contract rights, accounts, commitments, construction contracts, architectural agreements and general intangibles (including, without limitation, trademarks, trade names and symbols) arising from or by virtue of any transactions related to the Land, the Improvements or Personal Property;

All permits, licenses, franchises, certificates, and other rights and privileges obtained in connection with the Land, the Improvements and the Personal Property;

All proceeds arising from or by virtue of the sale, lease or other disposition of the Land, the Improvements or the Personal Property;

DEBTOR:  SECURED PARTY:

Christian Care Centers, Inc.  LaSalle Bank National Association
1000 Wiggins Road  135 South LaSalle Street, Suite 1150
Mesquite, Texas 75150  Chicago, Illinois 60603

All proceeds (including premium refunds) of each policy of insurance relating to the Land, the Improvements or the Personal Property;

All proceeds from the taking of any of the Land, the Improvements, the Personal Property or any rights appurtenant thereto by right of eminent domain or by private or other purchase in lieu thereof, including change of grade of streets, curb cuts or other rights of access, for any public or quasi-public use under any law;

All right, title and interest of Grantor in and to all streets, roads, public places, easements and rights-of-way, existing or proposed, public or private, adjacent to or used in connection with, belonging or pertaining to the Land;

All of the leases, rents, royalties, bonuses, issues, profits, revenues or other benefits of the Land, the Improvements or the Personal Property, including without limitation, cash or securities deposited pursuant to leases to secure performance by the lessees of their obligations thereunder;

All property, whether real or personal, purchased, in whole or in part, with the proceeds of the Loans; All rights, hereditaments and appurtenances pertaining to the foregoing; and

Any and all other rights, titles or interests of every kind and character that Grantor now has or at any time hereafter acquires in and to the Land, Improvements and Personal Property described herein and all property described herein and all property that is used or useful in connection therewith, including rights of ingress and egress and all reversionary rights or interests of Grantor with respect to such property.