# Exhibit A-2

**Second UCC**

THIS SPACE FOR USE OF FILING OFFICER

## 00-526094
06/23/2000   11:00 AM
**Texas Secretary of State**

FILED

*00-526094*

**FINANCING STATEMENT** — FOLLOW INSTRUCTIONS CAREFULLY
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing.

| A. NAME & TEL. # OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO: (Name and Mailing Address)

```
L. E. Brizzolara, III
McCall, Parkhurst & Horton L.L.P.
717 North Harwood
9th Floor
Dallas, Texas   75201
```

D. OPTIONAL DESIGNATION (if applicable): ☐ LESSOR/LESSEE ☐ CONSIGNOR/CONSIGNEE ☐ NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | |
|---|---|---|---|
| Christian Care Centers, Inc. | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 1000 Wiggins Parkway | Mesquite | TX | US | 75150 |

| 1d. S.S. OR TAX I.D.# | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| | | | | |

| 2d. S.S. OR TAX I.D.# | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITY'S ORGANIZATIONAL I.D.#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME** - insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | |
|---|---|---|---|
| Chase Bank of Texas, National Association, as trustee | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 600 Travis, Suite 1150 | Houston | TX | US | 77002 |

**4. This FINANCING STATEMENT covers the following types or items of property:**

The Gross Revenues (as defined in the Master Trust Indenture dated as of September 15, 1996 (the "Master Indenture") as supplemented by Supplemental Indenture Number 2 between Secured Party and Debtor) of the Obligated Group Members (as defined in the Master Indenture), all moneys and securities from time to time held by the Secured Party under the terms of the Master Indenture and any and all other real or personal property of every name and nautre from time to time hereafter by delivery or by writing of any kind conveyed, mortgaged, pledged, assigned or transferred, as and for additional security hereunder by the Obligated Group Members, or by anyone on their behalf or with their written consent, to the Secured Party.

**5. CHECK BOX** (if applicable) ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

**7. If filed in Florida (check one)**
☐ Documentary stamp tax paid   ☐ Documentary stamp tax not applicable

**6. REQUIRED SIGNATURE(S)**

Christian Care Centers, Inc.

*[signature]*

President and Chief Executive Officer

**8.** ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

**9.** Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

THE ODEE COMPANY, P.O. BOX 550488, DALLAS, TEXAS 75355 - 214-340-0415 - 800-486-6333

(1) FILING OFFICER COPY - NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)