# Exhibit A-3

**Third UCC**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

L. E. (Ted) Brizzolara, III
McCall, Parkhurst & Horton L.L.P.
717 North Harwood
9th Floor
Dallas, Texas 75201

05-0037658781
12/09/2005 11:02 AM

FILED
TEXAS
SECRETARY OF STATE
SOS

111144630004

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Christian Care Centers, Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 Wiggins Parkway | Mesquite | TX | 75150 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Nonprofit Corporation | Dallas County | TX-0009048001 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: JPMorgan Chase Bank, National Association, as Trustee

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Travis Street, Suite 1150 | Houston | TX | 77002 | US |

4. This FINANCING STATEMENT covers the following collateral:

The Trust Estate as described in the Amended and Restated Master Trust Indenture, Deed of Trust and Security Agreement, dated as of September 15, 1996 and effective as of December 1, 2005, as supplemented, between the Secured Party and Debtor.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Office of the Secretary of State of Texas Web Form

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

L. E. (Ted) Brizzolara, III
McCall, Parkhurst & Horton L.L.P.
717 North Harwood
9th Floor
Dallas, Texas 75201

**05-0037658670**
**12/09/2005  11:02 AM**

**FILED**
TEXAS
SECRETARY OF STATE
SOS

111144630003

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Christian Care Centers Foundation, Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 Wiggins Parkway | Mesquite | TX | 75150 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Nonprofit Corporation | Dallas County | TX-0120697201 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: JPMorgan Chase Bank, National Association, as Trustee

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Travis Street, Suite 1150 | Houston | TX | 77002 | US |

4. This FINANCING STATEMENT covers the following collateral:

The Trust Estate as described in the Amended and Restated Master Trust Indenture, Deed of Trust and Security Agreement, dated as of September 15, 1996 and effective as of December 1, 2005, as supplemented, between the Secured Party and Debtor.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Office of the Secretary of State of Texas Web Form